UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIC S. REEVE,

           Plaintiff,

    v.

VANESSA REYES,

           Defendant.

Case No.  21-cv-00280-JD

**ORDER OF DISMISSAL**

Plaintiff, a detainee acting pro se, filed a civil rights action.  Plaintiff was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP").  He was provided twenty-eight days to correct these deficiencies.  More than twenty-eight days has passed, and plaintiff has not paid the fee, filed a complete application to proceed IFP or otherwise communicated with the Court.  The case is **DISMISSED** without prejudice.

      **IT IS SO ORDERED.**

Dated: April 7, 2021

_____
JAMES DONATO
United States District Judge